# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | | |
| Mack Industries, Ltd., *et al.* ) | Bankruptcy No. 17 B 09308 | |
| ) | | |
| _____ ) | Judge Carol A. Doyle | |
| ) | | |
| Ronald R. Peterson, Trustee for Mack Industries, ) | Chapter 7 | |
| Ltd. and Ronald R. Peterson, Trustee for Oak Park ) | | |
| Avenue Realty, Ltd., ) | | |
| Plaintiff ) | | |
| v. ) | Adv. No. 19 A 00366 | |
| ) | | |
| Impressive Homes Realty Inc., ) | | |
| Defendant ) | | |

To:   Ariane Holtschlag
      aholtschlag@wfactorlaw.com

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **October 2, 2019,** at the hour of 10:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Carol A. Doyle in Courtroom 742 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in her place and stead, and shall then and there present the attached **Motion to Vacate Default Judgment**, a copy of which is hereby served upon you. You may appear if you so choose.

> David P. Lloyd
> 615B S. LaGrange Rd.
> LaGrange IL  60525
> 708-937-1264
> Fax: 708-937-1265

## CERTIFICATE OF SERVICE

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 20th day of September, 2019.

> \_\_\_\_/s/ David P. Lloyd_____
> David P. Lloyd

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| Mack Industries, Ltd., *et al.* ) | Bankruptcy No. 17 B 09308 |
| ) | |
| _____ ) | Judge Carol A. Doyle |
| ) | |
| Ronald R. Peterson, Trustee for Mack Industries, ) | Chapter 7 |
| Ltd. and Ronald R. Peterson, Trustee for Oak Park ) | |
| Avenue Realty, Ltd., ) | |
| Plaintiff ) | |
| v. ) | Adv. No. 19 A 00366 |
| ) | |
| Impressive Homes Realty Inc., ) | |
| Defendant ) | |

### MOTION TO VACATE DEFAULT JUDGMENT

NOW COMES the Defendant Impressive Homes Realty, Inc., by and through its attorneys, David P. Lloyd, Ltd., and moves this honorable Court to vacate the default judgment entered against it herein, and in support thereof state as follows:

1. Plaintiff filed this adversary proceeding on March 21, 2019.

2. On July 17, 2019, the Court entered an order of default against Defendant.

3. On August 21, 2019, the Court entered a default judgment against Defendant.

4. Defendant has a valid and meritorious defense to the complaint herein and has retained counsel. In fact, Defendant retained counsel on July 2, 2019, through Defendant's principal, Yvette Phipps. Through inadvertence of counsel, and a confusion between the name of the principal and the name of the Defendant, counsel failed to file an appearance or answer prior to the entry of the default order.

5. There remain a large number of adversary proceedings pending in this bankruptcy case, and Plaintiff will not be prejudiced by vacatur of the order of default and default judgment, and

resolution of this proceeding on the merits.

    WHEREFORE the Defendant prays that the Order of Default entered on July 17, 2019, and the Default Judgment entered on August 21, 2019, be vacated; and that Defendant be given three business days to file an answer to the Complaint herein.

    Respectfully submitted,
Impressive Homes Realty Inc.

By:   /s/ David P. Lloyd
    One of its attorneys

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265